# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOZANA KRUPNIKOVIC, as Personal Representative of the Estate of Strahinja Krupnikovic, Deceased, BOZANA KRUPNIKOVIC, individually and as next of kin, and BOZANA KRUPNIKOVIC, as Mother and Guardian of A.K. a Minor and next of kin, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV352 |
| V. | ) ) | |
| STERLING TRANSPORTATION SERVICES, INC., UNKNOWN SPOUSE, HEIRS, DEVISEES, LEGATEES, EXECUTORS, ADMINISTRATORS, AND ASSIGNS, of Thomas House, Deceased, Individually, LW MILLER TRANSPORTATION HOLDINGS, INC., and JAMES GANSER, Individually,, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter is before the Court on Defendant L.W. Miller Transportation Holdings, Inc.'s ("L.W. Miller") motion to grant Michael Huber, David Farina and Anthony Sam leave to withdraw as counsel. (Filing 55.) Upon the representation that L.W. Miller will remain represented in this action, the motion to withdraw will be granted.

**IT IS ORDERED:**

1.  The Motion to Withdraw as Counsel (filing 55) is granted.

2.  The Clerk of Court shall terminate the appearances of Michael Huber, David Farina and Anthony Sam as counsel for L.W. Miller and shall terminate future notices to them in this action.

**DATED December 2, 2014.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**