IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOZANA KRUPNIKOVIC, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:14cv352 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING TRANSPORTATION, INC., et al., | ) | **SHOW CAUSE ORDER** |
| | ) | |
| Defendant. | ) | |

The records of the court show that on November 14, 2014, letters were sent from the Clerk of the U. S. District Court, directing that within fifteen (15) days each of them should register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"):

John R. Ostojic, attorney for Plaintiff Bozana Krupnikovic; and

Thomas F. Cameli, Bryan J. Kirsch, and Stephen M. Brandenburg, attorneys for Sterling Transportation.

As of the date of this order, the attorneys listed above have not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **February 20, 2015**, attorneys John R. Ostojic, Thomas F. Cameli, Bryan J. Kirsch, and Stephen M. Brandenburg, are to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED: February 6, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge