IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOZANA KRUPNIKOVIC, as Personal Representative of the Estate of Strahinja Krupnikovic, Deceased, BOZANA KRUPNIKOVIC, individually and as next of kin, and BOZANA KRUPNIKOVIC, as Mother and Guardian of A.K. a Minor and next of kin, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV352 |
| V. | ) ) ) | ORDER |
| STERLING TRANSPORTATION SERVICES, INC., UNKNOWN SPOUSE, HEIRS, DEVISEES, LEGATEES, EXECUTORS, ADMINISTRATORS, AND ASSIGNS, of Thomas House, Deceased, Individually, LW MILLER TRANSPORTATION HOLDINGS, INC., and JAMES GANSER, Individually,, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

This matter is before the Court on Defendant Sterling Transportation Services, Inc.'s motion for leave to allow Bryan Kirsch, Stephen Brandenburg and Thomas Cameli to withdraw as its counsel. (Filing 68.)  Upon the representation that said Defendant will remain represented in this case,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 68) is granted.

2. The Clerk of Court shall terminate Bryan Kirsch, Stephen Brandenburg and Thomas Cameli as counsel of record for Sterling Transportation Services, Inc. and shall terminate future notices to them in this matter.

**DATED February 23, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**