IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOZANA KRUPNIKOVIC, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STRAHINJA KRUPNIKOVIC, DECEASED; BOZANA KRUPNIKOVIC, INDIVIDUALLY AND AS NEXT OF KIN; AND BOZANA KRUPNIKOVIC, AS MOTHER AND GUARDIAN OF A.J., A MINOR AND NEXT OF KIN,<br><br>            Plaintiff,<br><br>vs.<br><br>STERLING TRANSPORTATION SERVICES, INC.; UNKNOWN SPOUSE, HEIRS, DEVISEES, LEGATEES, EXECUTORS, ADMINISTRATORS, AND ASSIGNS, IF ANY, OF THOMS HOUSE, DECEASED, INDIVIDUALLY; LW MILLER TRANSPORTATION HOLDINGS, INC.' AND JAMES GANSER, INDIVIDUALLY,<br><br>            Defendants. | Case No. 8:14cv352<br><br>ORDER RESCHEDULING THE TRIAL DATE |

This case is before the court on its own motion regarding the court's schedule conflict with the trial date currently set to begin on April 25, 2017. After consultation with counsel,

    **IT IS ORDERED:**

    1. The trial of this case is rescheduled to begin on **Tuesday, May 16, 2017, at 9:00 A.M.,** before the undersigned magistrate judge, in Courtroom 6, 2nd Floor of the Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    2. All other unexpired deadlines, including the pretrial conference date of March 20, 2017, remain unchanged.

    Dated this 13th day of October 2016.

                                          BY THE COURT:

                                          s/ F.A. Gossett, III
                                          United States Magistrate Judge