# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BOZANA KRUPNIKOVIC, as personal representative of the estate of Strahinja Krupnikovic, deceased, individually and as next of kin of Strahinja Krupnikovic, deceased, and as mother and guardian of A.K., a minor and next of kin of Strahinja Krupnikovic, deceased,** | ) ) ) ) ) ) ) ) ) ) | |
| | ) | 8:14CV352 |
| **Plaintiff,** | ) ) | **ORDER** |
| v. | ) ) ) | |
| **STERLING TRANSPORTATION SERVICES, INC.; UNKNOWN SPOUSE, HEIRS, DEVISEES, LEGATEES, EXECUTORS, ADMINISTRATORS, AND ASSIGNS of Thomas House, deceased; LW MILLER TRANSPORTATION HOLDINGS, INC.; and JAMES GANSER, individually;** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the Agreed Motion to Extend Dates for Defendants' Expert Depositions and to Set Briefing Schedule on Defendants' Motions for Partial Summary Judgment and Motions in Limine (Filing No. 165).

The defendants have filed several motions for partial summary judgment and motions in limine (Filing Nos. 153, 155, 157, 159, 161, and 163), which are currently pending before the Court. The parties have jointly agreed to schedule depositions of three defense experts in March 2017, and represent to the Court that these depositions may clarify or moot issues raised in the pending motions. Therefore, the parties have agreed to extend Plaintiff's deadline to file a responses to the motions. The Court finds the

requested extensions should be granted, which necessitates continuing the final pretrial conference and trial. Accordingly,

**IT IS ORDERED:**

1. The Agreed Motion to Extend Dates for Defendants' Expert Depositions and to Set Briefing Schedule on Defendants' Motions for Partial Summary Judgment and Motions in Limine (Filing No. 165) is granted;

> a. Plaintiff's responses to the pending motions for partial summary judgment and motions in limine (Filing Nos. 153, 155, 157, 159, 161, and 163) are due by **April 9, 2017**;
>
> b. Defendants may file a reply by **April 19, 2017**;

2. The final pretrial conference currently set for April 24, 2017, and the trial currently set for May 16, 2017, shall be continued to a later date by further order of the Court.

**DATED: February 22, 2017.**

                **BY THE COURT:**

                **s/ F.A. Gossett, III**
                **United States Magistrate Judge**