IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOZANA KRUPNIKOVIC, as personal representative of the estate of Strahinja Krupnikovic, deceased, individually and as next of kin of Strahinja Krupnikovic, deceased, and as mother and guardian of A.K., a minor and next of kin of Strahinja Krupnikovic, deceased, | ) ) ) ) ) ) ) ) ) ) | 8:14CV352 |
| Plaintiff, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| STERLING TRANSPORTATION SERVICES, INC.; UNKNOWN SPOUSE, HEIRS, DEVISEES, LEGATEES, EXECUTORS, ADMINISTRATORS, AND ASSIGNS of Thomas House, deceased; LW MILLER TRANSPORTATION HOLDINGS, INC.; and JAMES GANSER, individually; | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   This matter is before the Court on the Plaintiff's Statement of Non-Opposition (Filing No. 172) to the Partial Motions for Summary Judgment filed by defendants LW Miller Transportation Holdings, Inc. ("LW Miller") and James Ganser ("Ganser") (Filing No. 153 and Filing No. 155). Plaintiff concedes there is insufficient evidence to establish the following claims against LW Miller and/or Ganser: (1) willful, wanton, and reckless misconduct as to LW Miller and Ganser; (2) punitive damages; (3) negligent hiring, negligent supervision, negligent entrustment, negligent training, and negligent retention as to LW Miller Transportation; (4) that Ganser left his lane of travel and came into contact with the tractor-trailer driven by Strahinja Krupnikovic; and (5) that Plaintiff is entitled to

pre-death damages for physical and mental pain and suffering on behalf of the decedent, Strahinja Krupnikovic. (Filing No. 172). Plaintiff concedes the claims set forth in LW Miller and Ganser's partial motions for summary judgment are ripe for dismissal. Accordingly,

**IT IS ORDERED:** Defendants LW Miller Transportation Holdings, Inc. and James Ganser's Partial Motions for Summary Judgment (Filing No. 153 and Filing No. 155) are granted.

**DATED: April 14, 2017.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett, III**
                                      **United States Magistrate Judge**