IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOZANA KRUPNIKOVIC, as Personal Representative of the Estate of Strahinja Krupnikovic, Deceased, BOZANA KRUPNIKOVIC, Individually and next of kin, and BOZANA KRUPNIKOVIC, as Mother and Guardian of A.K., a Minor and next of kin,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING TRANSPORTATION SERVICES, Inc., Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of THOMAS HOUSE, Deceased, Individually, LW MILLER TRANSPORTATION HOLDINGS, INC., and JAMES GANSER, Individually,<br><br>Defendants. | Case No, 8:14-CV-00352<br><br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action, with prejudice, each party to pay their own costs, complete record waived.

DATED this 2nd day of March, 2018.

ATTORNEYS FOR PLAINTIFFS

By: *[signature]*

John R. Ostojic
OSTOJIC & SCUDDER, LLC
332 S. Michigan Avenue, Ste. 1000
Chicago, IL 60604
Tel: 312-913-0860
Fax: 312-913-0868
john@ostojiclaw.com

Christopher P. Welsh, #22279
WELSH & WELSH, P.C., LLO
9290 West Dodge Road
204 The Mark
Omaha, NE 68114
(402) 384-8160
(402) 384-8211 Fax
cwelsh@welsh-law.com

Robert J. Pavich
John J. Pavich
Anastasia X. Pavich
PAVICH LAW GROUP, P.C.
Inland Steel Building
30 West Monroe Street
Suite 1310
Chicago, IL 60603
P: (312) 690-8400
F: (312) 690-8401
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com
apavich@pavichlawgroup.com

*ATTORNEY FOR DEFENDANT L.W. MILLER TRANSPORTATION HOLDINGS, Inc. and JAMES GANSER*

By: /s/ Rene C. Lapierre
René C. Lapierre, #20248
Klass Law Firm, LLP
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
(712) 252-1866
lapierre@klasslaw.com

*ATTORNEY FOR DEFENDANT STERLING TRANSPORTATION SERVICES, Inc.*

By: _____
Thomas M. Braddy, #20348
Spencer W. Werth, #25574
LOCHER PAVELKA DOSTAL
 BRADDY & HAMMES, LLC
200 The Omaha Club
2002 Douglas Street
Omaha, NE 68102
(402) 898-7000
tbraddy@lpdbhlaw.com
swerth@lpdbhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to **the following:**

| | |
|---|---|
| John R. Ostojic | john@ostojiclaw.com |
| Christopher Welsh | cwelsh@welsh-law.com |
| Rene C. Lapierre | lapierre@klasslaw.com |
| Robert J. Pavich | rpavich@pavichlawgroup.com |
| John J. Pavich | jpavich@pavichlawgroup.com |
| Anastasia X. Pavich | apavich@pavichlawgroup.com |

_____