IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOZANA KRUPNIKOVIC, as Personal Representative of the Estate of Strahinja Krupnikovic, Deceased, BOZANA KRUPNIKOVIC, Individually and next of kin, and BOZANA KRUPNIKOVIC, as Mother and Guardian of A.K., a Minor and next of kin,<br><br>    Plaintiffs,<br><br>v.<br><br>STERLING TRANSPORTATION SERVICES, Inc., Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of THOMAS HOUSE, Deceased, Individually, LW MILLER TRANSPORTATION HOLDINGS, INC., and JAMES GANSER, Individually,<br><br>    Defendants. | Case No, 8:14-CV-00352<br><br><br>**ORDER OF DISMISSAL** |

    This matter came before the Court on the Stipulation of Dismissal. The Court, being fully advised on the premises, finds that said Stipulation is true and proper in all respects and should be formalized by Order.

    **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED,** by the Court, that the caption matter should be, and it hereby is, dismissed, with prejudice, complete record waived, with each party to pay their own costs.

    DATED this 12th day of March, 2018.

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                           Senior United States District Judge

**PREPARED AND SUBMITTED BY:**

Thomas M. Braddy, #20348
Spencer W. Werth, #25574
LOCHER PAVELKA DOSTAL
 BRADDY & HAMMES, LLC
200 The Omaha Club
2002 Douglas Street
Omaha, NE 68102
(402) 898-7000
tbraddy@lpdbhlaw.com
swerth@lpdbhlaw.com